IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-05-0258 MCE EFB P

    vs.

STEVEN MICHAEL KELLY,

    Movant.                     <u>ORDER</u>

_____/

    Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 9, 2011, respondent filed a motion to dismiss on the grounds that the movant waived his right to collaterally attack his sentence and the motion is barred by the statute of limitations. Despite an extension of time to do so, movant has not filed an opposition.

    A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 230(l). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 110. The court may dismiss this action with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See*

1

*Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that, within thirty days of the date of this order, movant shall file either an opposition to the motion to dismiss or a statement of no opposition. Given the length of time since the filing of the motion and the extension of time previously granted to movant, the court does not intend to extend this time. Failure to comply with this order will result in a recommendation that movant's motion be dismissed.

DATED: December 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE